| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Garrett Elias<br>Law Office of Garrett Elias<br>70-56 260th Street, First Floor<br>Glen Oaks, NY 11004<br>(718) 343-2786<br>garrett@attorneyelias.com<br>Attorney for Debtor, Joseph Stravalacci | Case No.: | 22-16590 |
| | Chapter: | 13 |
| In Re:<br><br>Joseph Stravalacci | Adv. No.: | |
| | Hearing Date: | September 29, 2022 |
| | Judge: | Michael Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Garrett Elias_____ :

   ☒ represent _____Joseph Stravalacci_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___September 12, 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Amended Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 13, 2022         /s/ Garrett Elias
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>3 AAA Drive, Suite 203<br>Robbinsville, NJ 08691 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC, f/k/a Quicken Loans, Inc.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amazon<br>P.O. Box 960013<br>Orlando, FL 32896-0013 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Express<br>Correspondence/Bankruptcy<br>P.O. Box 981540<br>El Paso, TX 79998 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank, N.A.<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank, N.A.<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St. Louis, MO 63179 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Continental Finance Company/Cerulean<br>Attn: Bankruptcy<br>P.O. Box 3220<br>Buffalo, NY 14240 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CWS/CW Nexus<br>Attn: Card Services<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy<br>P.O. Box 3025<br>New Albany, OH 43054 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fortiva<br>Attn: Bankruptcy<br>P.O. Box 105555<br>Atlanta, GA 30348 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Resurgent Capital Services<br>Attn: Bankruptcy<br>P.O. Box 10497<br>Greenville, SC 29603 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sa-Vit Collection Agency<br>Attn: Bankruptcy<br>P.O. Box 250<br>East Brunswick, NJ 08816 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |