Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22–16590–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph James Stravalacci
300 Gemini Dr. Unit 2A
Hillsborough, NJ 08844

Social Security No.:
xxx–xx–9063

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                11/9/22
Time:                10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 13, 2022
JAN: mmf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:

Joseph James Stravalacci

    Debtor

Case No. 22-16590-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 132 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph James Stravalacci, 300 Gemini Dr. Unit 2A, Hillsborough, NJ 08844-4922 |
| 519686701 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519686702 | + | LVNV Funding, PO Box 1699, Southgate, MI 48195-0699 |

TOTAL: 3


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519686688 | | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2022 20:46:05 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519686689 | + | Email/PDF: bncnotices@becket-lee.com | Sep 13 2022 20:45:57 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519686694 | | Email/Text: cfcbackoffice@contfinco.com | Sep 13 2022 20:44:00 | Continental Finance Company/cerulean, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 519686690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2022 20:45:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519687697 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2022 20:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519686691 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2022 20:45:58 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519686692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2022 20:46:08 | Citibank/Goodyear, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2022 20:45:49 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686695 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2022 20:45:47 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519686696 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 20:45:44 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519690383 | | Email/Text: mrdiscen@discover.com | Sep 13 2022 20:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519686697 | + | Email/Text: mrdiscen@discover.com | Sep 13 2022 20:44:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519686698 | + | Email/Text: eis.usbnc@eismgmt.com | Sep 13 2022 20:44:00 | Estate Information Services, PO Box 1398, Reynoldsburg, OH 43068-6398 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Sep 13, 2022 | Form ID: 132 | Total Noticed: 30

| | | | |
|---|---|---|---|
| 519686699 | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2022 20:45:46 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519686700 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 13 2022 20:44:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519689504 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519697736 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 20:45:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519686704 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 20:45:44 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 519686703 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2022 20:45:44 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519686705 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2022 20:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519686706 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:57 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519686707 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2022 20:45:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519702760 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 13 2022 20:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519686708 | + Email/Text: bankruptcy@savit.com | Sep 13 2022 20:45:00 | Sa-Vit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519686979 | + Email/PDF: gecsedi@recoverycorp.com | Sep 13 2022 20:45:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

Garrett I. Elias

on behalf of Debtor Joseph James Stravalacci garrett@attorneyelias.com  info@recoverylawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4