Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  22−16590−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph James Stravalacci
   300 Gemini Dr. Unit 2A
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−9063

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Joseph James Stravalacci the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 10/6/2022.

Recovery Law Group APC
c/o Garrett Elias
70−56 260th Street, First Floor
Glen Oaks, NY 11004


Dated: October 7, 2022
JAN: gan

                                                                    Jeanne Naughton
                                                                   Clerk