Form 226 − 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16590−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph James Stravalacci
   300 Gemini Dr. Unit 2A
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−9063

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Joseph James Stravalacci the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 10/6/2022.

Recovery Law Group APC
c/o Garrett Elias
70−56 260th Street, First Floor
Glen Oaks, NY 11004


Dated: October 7, 2022
JAN: gan

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16590-MBK

Joseph James Stravalacci  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Oct 07, 2022  Form ID: 226  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph James Stravalacci, 300 Gemini Dr. Unit 2A, Hillsborough, NJ 08844-4922 |
| 519730142 | + | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519686701 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519686702 | + | LVNV Funding, PO Box 1699, Southgate, MI 48195-0699 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519686688 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:38 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519727033 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 20:28:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519686689 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 20:28:56 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519686694 | | Email/Text: cfcbackoffice@contfinco.com | Oct 07 2022 20:23:00 | Continental Finance Company/cerulean, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 519686690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 20:28:35 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519687697 | + | Email/Text: bankruptcy@cavps.com | Oct 07 2022 20:23:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519686691 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 20:28:59 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519686692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 20:28:59 | Citibank/Goodyear, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 20:28:17 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686695 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2022 20:28:38 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519686696 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:56 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519690383 | | Email/Text: mrdiscen@discover.com | Oct 07 2022 20:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519686697 | + | Email/Text: mrdiscen@discover.com | Oct 07 2022 20:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519686698 | + | Email/Text: eis.usbnc@eismgmt.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 07 2022 20:23:00 | Estate Information Services, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 519686699 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 07 2022 20:28:38 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519686700 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 07 2022 20:22:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519689504 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519697736 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519686704 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:55 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 519686703 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 07 2022 20:27:51 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519717756 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 07 2022 20:23:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519686705 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 20:23:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519686706 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:42 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519686707 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 20:23:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519702760 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 20:23:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519686708 | + | Email/Text: bankruptcy@savit.com | Oct 07 2022 20:24:00 | Sa-Vit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519686979 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519730144 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730145 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730171 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Garrett I. Elias | on behalf of Debtor Joseph James Stravalacci garrett@attorneyelias.com  info@recoverylawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4