Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16590−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph James Stravalacci
   300 Gemini Dr. Unit 2A
   Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−9063

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 10, 2023.

Dated: February 10, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-16590-MBK

Joseph James Stravalacci     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Feb 10, 2023     Form ID: plncf13     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph James Stravalacci, 300 Gemini Dr. Unit 2A, Hillsborough, NJ 08844-4922 |
| 519730142 | + | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519686701 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 519686702 | + | LVNV Funding, PO Box 1699, Southgate, MI 48195-0699 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519686688 | | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:16 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519727033 | | Email/PDF: bncnotices@becket-lee.com | Feb 10 2023 21:03:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519686689 | + | Email/PDF: bncnotices@becket-lee.com | Feb 10 2023 21:03:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519686694 | | Email/Text: cfcbackoffice@contfinco.com | Feb 10 2023 20:49:00 | Continental Finance Company/cerulean, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 519686690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 21:03:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519687697 | + | Email/Text: bankruptcy@cavps.com | Feb 10 2023 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519686691 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 21:03:26 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519686692 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 21:03:26 | Citibank/Goodyear, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 21:03:22 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686695 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 21:03:19 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519686696 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:14 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519690383 | | Email/Text: mrdiscen@discover.com | Feb 10 2023 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519686697 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 10 2023 20:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519686698 | + | Email/Text: eis.usbnc@eismgmt.com | Feb 10 2023 20:49:00 | Estate Information Services, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 519686699 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 10 2023 21:03:19 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519686700 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 10 2023 20:49:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519689504 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:04:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519697736 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519686704 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:14 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 519686703 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:52 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519750121 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 21:03:21 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519717756 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2023 20:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519686705 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2023 20:50:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519686706 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 21:03:26 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519686707 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2023 20:50:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519702760 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 10 2023 20:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519686708 | + | Email/Text: bankruptcy@savit.com | Feb 10 2023 20:50:00 | Sa-Vit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519686979 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519730144 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730145 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730171 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 22-16590-MBK    Doc 30    Filed 02/12/23    Entered 02/13/23 00:16:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 10, 2023 | Form ID: plncf13 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Garrett I. Elias | on behalf of Debtor Joseph James Stravalacci garrett@attorneyelias.com  info@recoverylawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4