| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-16590 / MBK**

Joseph James Stravalacci

Petition Filed Date: 08/21/2022
341 Hearing Date: 09/29/2022
Confirmation Date: 02/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/06/2022 | $389.58 | 860056806 | 09/19/2022 | $389.58 | 87166860 | 10/31/2022 | $389.58 | 87970660 |
| 11/28/2022 | $389.58 | 88479180 | 12/27/2022 | $389.58 | 89003010 | 02/06/2023 | $389.58 | |
| 03/07/2023 | $389.58 | | | | | | | |

**Total Receipts for the Period: $2,727.06   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,727.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph James Stravalacci | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Garrett I. Elias, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $1,798.31 | $201.69 |
| 1 | CAVALRY SPV I, LLC | Unsecured Creditors | $651.86 | $0.00 | $651.86 |
| 2 | CAVALRY SPV I, LLC<br>»» CITIBANK,NA | Unsecured Creditors | $319.10 | $0.00 | $319.10 |
| 3 | CAVALRY SPV I, LLC | Unsecured Creditors | $337.25 | $0.00 | $337.25 |
| 4 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $268.40 | $0.00 | $268.40 |
| 5 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $1,151.28 | $0.00 | $1,151.28 |
| 6 | MERRICK BANK | Unsecured Creditors | $1,465.69 | $0.00 | $1,465.69 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/300 GEMINI DR UNIT 2A/1ST MTG/ORDER 11/15/22 | Mortgage Arrears | $66.99 | $0.00 | $66.99 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $954.78 | $0.00 | $954.78 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $1,641.60 | $0.00 | $1,641.60 |
| 10 | RECOVERY LAW GROUP APC | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $725.68 | $0.00 | $725.68 |

**Chapter 13 Case No. 22-16590 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | |
|---|---|---|
| Total Receipts: | $2,727.06 | Percent to General Unsecured Creditors: 100% |
| Paid to Claims: | $1,798.31 | Current Monthly Payment: $389.58 |
| Paid to Trustee: | $205.69 | Arrearages: $0.00 |
| Funds on Hand: | $723.06 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

