| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-16590 / MBK**

Joseph James Stravalacci

Petition Filed Date: 08/21/2022
341 Hearing Date: 09/29/2022
Confirmation Date: 02/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2023 | $389.58 | | 03/07/2023 | $389.58 | | 04/05/2023 | $389.58 | |
| 05/08/2023 | $389.58 | | 06/06/2023 | $389.58 | | 07/07/2023 | $389.58 | |
| 08/07/2023 | $389.58 | | 09/07/2023 | $389.58 | | 10/06/2023 | $389.58 | |
| 11/06/2023 | $389.58 | | 12/06/2023 | $389.58 | | 01/08/2024 | $389.58 | |

**Total Receipts for the Period: $4,674.96    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,622.86**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Joseph James Stravalacci | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Garrett I. Elias, Esq. »» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC | Unsecured Creditors | $651.86 | $228.67 | $423.19 |
| 2 | CAVALRY SPV I, LLC »» CITIBANK,NA | Unsecured Creditors | $319.10 | $111.94 | $207.16 |
| 3 | CAVALRY SPV I, LLC | Unsecured Creditors | $337.25 | $118.31 | $218.94 |
| 4 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $268.40 | $84.08 | $184.32 |
| 5 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $1,151.28 | $403.86 | $747.42 |
| 6 | MERRICK BANK | Unsecured Creditors | $1,465.69 | $514.16 | $951.53 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/300 GEMINI DR UNIT 2A/1ST MTG/ORDER 11/15/22 | Mortgage Arrears | $66.99 | $66.99 | $0.00 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $954.78 | $334.93 | $619.85 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $1,641.60 | $575.86 | $1,065.74 |
| 10 | RECOVERY LAW GROUP APC | Unsecured Creditors | $2,000.00 | $701.59 | $1,298.41 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» THE BANK OF MISSOURI | Unsecured Creditors | $725.68 | $254.57 | $471.11 |

**Chapter 13 Case No. 22-16590 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,622.86 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $5,394.96 | Current Monthly Payment: | $389.58 |
| Paid to Trustee: | $503.35 | Arrearages: | $0.00 |
| Funds on Hand: | $724.55 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

