Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024  
**Chapter 13 Case No. 22-16590 / MBK**

Joseph James Stravalacci

Petition Filed Date: 08/21/2022  
341 Hearing Date: 09/29/2022  
Confirmation Date: 02/08/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $389.58 | | 02/05/2024 | $389.58 | | 03/07/2024 | $389.58 | |
| 04/05/2024 | $389.58 | | 05/06/2024 | $389.58 | | 06/07/2024 | $389.58 | |
| 07/09/2024 | $389.58 | | 08/05/2024 | $389.58 | | 09/06/2024 | $389.58 | |
| 10/07/2024 | $389.58 | | 11/05/2024 | $389.58 | | 12/09/2024 | $389.58 | |

**Total Receipts for the Period: $4,674.96   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,297.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Joseph James Stravalacci | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Garrett I. Elias, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC | Unsecured Creditors | $651.86 | $528.32 | $123.54 |
| 2 | CAVALRY SPV I, LLC<br>»»  CITIBANK,NA | Unsecured Creditors | $319.10 | $258.62 | $60.48 |
| 3 | CAVALRY SPV I, LLC | Unsecured Creditors | $337.25 | $273.33 | $63.92 |
| 4 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $268.40 | $207.48 | $60.92 |
| 5 | DISCOVER BANK DISCOVER PRODUCTS INC | Unsecured Creditors | $1,151.28 | $933.09 | $218.19 |
| 6 | MERRICK BANK | Unsecured Creditors | $1,465.69 | $1,187.91 | $277.78 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/300 GEMINI DR UNIT 2A/1ST MTG/ORDER 11/15/22 | Mortgage Arrears | $66.99 | $66.99 | $0.00 |
| 8 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $954.78 | $773.83 | $180.95 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $1,641.60 | $1,330.49 | $311.11 |
| 10 | RECOVERY LAW GROUP APC | Unsecured Creditors | $2,000.00 | $1,620.96 | $379.04 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THE BANK OF MISSOURI | Unsecured Creditors | $725.68 | $588.15 | $137.53 |

**Chapter 13 Case No. 22-16590 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,297.82 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $9,769.17 | Current Monthly Payment: | $389.58 |
| Paid to Trustee: | $805.65 | Arrearages: | $0.00 |
| Funds on Hand: | $723.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

