**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph James Stravalacci<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9063<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–16590–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph James Stravalacci

<u>8/7/25</u>

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-16590-MBK

Joseph James Stravalacci     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Aug 07, 2025     Form ID: 3180W     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph James Stravalacci, 300 Gemini Dr. Unit 2A, Hillsborough, NJ 08844-4922 |
| 519730142 | + | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519686701 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519686688 | | EDI: SYNC | Aug 08 2025 00:37:00 | Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519727033 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 20:51:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519686689 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 21:01:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519686694 | | Email/Text: cfcbackoffice@contfinco.com | Aug 07 2025 20:41:00 | Continental Finance Company/cerulean, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 519686690 | + | EDI: CAPITALONE.COM | Aug 08 2025 00:37:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519687697 | + | Email/Text: bankruptcy@cavps.com | Aug 07 2025 20:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519686691 | | EDI: CITICORP | Aug 08 2025 00:37:00 | Citibank North America/Best Buy, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519686692 | + | EDI: CITICORP | Aug 08 2025 00:37:00 | Citibank/Goodyear, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686693 | + | EDI: CITICORP | Aug 08 2025 00:37:00 | Citibank/Sunoco, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519686695 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2025 21:01:37 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519686696 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 20:49:29 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |

Case 22-16590-MBK    Doc 40    Filed 08/09/25    Entered 08/10/25 00:14:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519690383 | | EDI: DISCOVER | Aug 08 2025 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519686697 | + | EDI: DISCOVER | Aug 08 2025 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519686698 | + | Email/Text: eis.usbnc@eismgmt.com | Aug 07 2025 20:41:00 | Estate Information Services, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 519686699 | | EDI: AMINFOFP.COM | Aug 08 2025 00:37:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519686700 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 07 2025 20:40:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519689504 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 20:51:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519697736 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 20:50:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519686704 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 20:50:27 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 519686703 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 20:49:29 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519750121 | | EDI: PRA.COM | Aug 08 2025 00:37:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519717756 | + | EDI: JEFFERSONCAP.COM | Aug 08 2025 00:37:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519686705 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 07 2025 20:41:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519686706 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2025 20:50:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519686707 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 07 2025 20:41:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 519702760 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 07 2025 20:41:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519686708 | + | Email/Text: bankruptcy@savit.com | Aug 07 2025 20:42:00 | Sa-Vit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519686979 | ^ | MEBN | Aug 07 2025 20:40:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519730144 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730145 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519730171 | *+ | Garrett Elias, 70-56 260th Street, First Floor, Glen Oaks, NY 11004-1111 |
| 519686702 | ##+ | LVNV Funding, PO Box 1699, Southgate, MI 48195-0699 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Bruce Radowitz | on behalf of Debtor Joseph James Stravalacci bradowitz@recoverylawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Garrett I. Elias | on behalf of Debtor Joseph James Stravalacci garrett@attorneyelias.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5